# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY No.: 14-42151 |
| Chad L. Monson, | Chapter 7 |
| Debtors. | |
| J. Richard Stermer, Trustee, | Adv. No.: 15-4048 |
| Plaintiff, | |
| vs. | |
| Chad L. Monson, | |
| Defendant. | |

## STIPULATION FOR DISMISSAL

It is hereby stipulated, by and between the undersigned counsel of record for the respective parties in this adversary proceeding, that the Court may enter an order dismissing this adversary proceeding without prejudice, without costs awarded to either party.

This stipulation is based on the settlement agreement reached and approved by the court in this adversary proceeding.

Pursuant to Local Bank. R. 9011-4(f), the parties authorize the filing of this stipulation with electronic signatures.

{00318199.1 }

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

Dated: November 10, 2015          By     /e/  Matthew R. Burton
    Matthew R. Burton, #210018
    100 South Fifth Street, Suite 2500
    Minneapolis, Minnesota  55402
    (612) 332-1030

Attorneys for J. Richard Stermer, Trustee

**LARKIN HOFFMAN DALY & LINDGREN**

Dated: November 10, 2015          By     /e/ Thomas Flynn
    Thomas Flynn, #30570
    8300 Norman Center Dr
    Suite 1000
    Bloomington, MN 55437
    (952) 896-3362

Attorneys for Defendant Chad L. Monson.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY No.: 14-42151 |
| Chad L. Monson, | Chapter 7 |
| Debtors. | |
| J. Richard Stermer, Trustee, | Adv. No.: 15-4048 |
| Plaintiff, | |
| vs. | |
| Chad L. Monson, | |
| Defendant. | |

## ORDER FOR DISMISSAL

This matter came before the Court on the Stipulation of J. Richard Stermer, Trustee and Plaintiff, and Defendant Chad L. Monson, to dismiss this adversary proceeding under Bankruptcy Rule 7041(a)(1)(A). Based upon the Stipulation,

IT IS ORDERED THAT this adversary proceeding is dismissed without prejudice and without costs to either party.

Dated: _____

United States Bankruptcy Judge